FILED by **CF** D.C.

ELECTRONIC

**MAY 13, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 08-20410-CR-HUCK/O'SULLIVAN
### CASE NO._____

### 18 U.S.C. § 2339B(a)(1)

UNITED STATES OF AMERICA

vs.

RICHARD DAVID HUPPER,

      Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

From at least as early as in or about December, 2004 and continuing through in or about September, 2006, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant, **RICHARD DAVID HUPPER,** a national of the United States, did knowingly attempt to provide material support and resources, as those terms are defined in Title 18, United States Code Section 2339A(b), that is: currency and monetary instruments to a foreign terrorist organization, that is, Hamas, which had previously been designated by the United States as a foreign terrorist organization under Title 8, United States Code, Section 1189(a)(1), in violation of Title 18, United States Code, Section 2339 B(a)(1).

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ALLYSON FRITZ
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

**CASE NO.** _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

RICHARD DAVID HUPPER,

_____ Defendant. ___/

**Superseding Case Information:**

Court Division: (Select One)

| | |
|---|---|
| X Miami | ___ Key West |
| ___ FTL | ___ WPB ___ FTP |

New Defendant(s)          Yes _____   No _____
Number of New Defendants
Total number of counts          _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   __No__
   List language and/or dialect _____

4. This case will take   _0_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | ✓ | Petty _____ |
| II | 6 to 10 days | _____ | Minor _____ |
| III | 11 to 20 days | _____ | Misdem. _____ |
| IV | 21 to 60 days | _____ | Felony _____ |
| V | 61 days and over | _____ | |

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   October 2006
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes   _✓_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes   _✓_ No
   If yes, was it pending in the Central Region? _____ Yes _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   _✓_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _____ Yes   _✓_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   _✓_ No

ALLYSON FRITZ
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500092

2 of 3   \*Penalty Sheet(s) attached

REV.9/11/07

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: RICHARD DAVID HUPPER**

**Case No:**_____

Count #: 1

   Attempt to Provide Material Support to a Foreign Terrorist Organization

   18 USC § 2339 B(a)(1)

**\* Max.Penalty:**            15  years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**