UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO.: 08-20410

vs.

NOTICE OF FILING

RICHARD DAVID HUPPER,

    Defendant.
_____/

    **COMES NOW** Neal R. Lewis, Esquire, and files the enclosed letter of recommendation by Tom Millenbaugh on behalf of the defendant.

    Respectfully submitted,

NEAL RANDOLPH LEWIS, ESQ.
9130 South Dadeland Boulevard
Two Datran Center, Penthouse 1A
Miami, Florida 33156
Telephone: (305) 254-2285
Facsimile: (305) 254-2288
Florida Bar No: 249599
Attorney for defendant Richard David Hupper

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail, postage pre-paid on this 5th day of August 2008 to:

Allyson Fritz, Esquire
Office of the United States Attorney
44 N.E. Street
Miami, Florida 33132

1

Dear Honorable Paul C. Huck,

I'm writing this letter on behalf of my friend David Hupper, I've known David for roughly 8 years. David worked for me as a CNC Machine operator at Teledyne Continental Motors; he was a good employee for us, always on time, made his rates & could be trusted with complex machine adjustments to maintain part specifications. David was an employee that people looked up to. In 2001 after I departed from Teledyne, David & I remained friends, he would often talk about his Palestine experiences with me, how he thought the people were being miss-treated & how he would support them in various protests. In all the times we've discussed Palestine there was never anything mentioned about violence, it was always about promoting peace & the well being of these people. I've never known of David to harm anyone or anything for that matter. I'm honored & blessed to be considered his friend.

*Sincerely,*

*Tom Millenbaugh*
*Territory Manager*
*Ron Wallace & Associates, Inc.*
*Cell 704-860-3227*
tmillenbaugh@rwamktg.com

Dear Honorable Paul C. Huck,

I'm writing this letter on behalf of my friend David Hupper. I've known David for roughly 8 years. David worked for me as a CNC Machine operator at Teledyne Continental Motors; he was a good employee for us, always on time, made his rates & could be trusted with complex machine adjustments to maintain part specifications. David was an employee that people looked up to. In 2001 after I departed from Teledyne, David & I remained friends, he would often talk about his Palestine experiences with me, how he thought the people were being miss-treated & how he would support them in various protests. In all the times we've discussed Palestine there was never anything mentioned about violence, it was always about promoting peace & the well being of these people. I've never known of David to harm anyone or anything for that matter. I'm honored & blessed to be considered his friend.

*Sincerely,*

*Tom Millenbaugh*
**Tom Millenbaugh**
**Territory Manager**
**Ron Wallace & Associates, Inc.**
*Cell 704-860-3227*
tmillenbaugh@rwamktg.com