UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SENTENCING MINUTES

CASE NO: 08-CR-20410   DATE  8-13-08     Presiding Judge PAUL C. HUCK

Time: 10:20 TO 10:54

DEFT: Richard D. Hupper     RPTR: Patricia Sanders     CLERK: Evelyn Williams

DEFT. COUNSEL:  Neal Lewis  (appt/retnd)     AUSA Allyson Fritz

INTERPRETER:

    ( ) Deft. failed to appear - bench warrant issued. Bond forfeited.

    ( X ) Sentencing continued until  8-21-08                at  10:30 a.m

( X ) JUDGMENT AND SENTENCE

    AS TO COUNT(S)  ___   **IMPRISONMENT** FOR _____.

    AS TO COUNT(S)  ___   **IMPRISONMENT** FOR _____.

USPO: Janice smith

Interpreter:

( ) Standard Conditions Imposed/ No fine /Special Conditions imposed, see judgment

( )   ASSESSMENT_____

( )   DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY

( )   SUPERVISED RELEASE TERM:_____

( )   THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205(C) FOR STUDY AND REPORT AS DESCRIBED BY 18:4205(C)

( )   VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE:____

( )   DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE

( )   DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER/APPEAL

( )   BOND ON APPEAL SET AT _____

*Parties to notify the Court w/in one week to discuss the status of defendant's medical status