UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### SENTENCING MINUTES

CASE NO: O8 CR 20410   DATE 8-21-08   JUDGE PAUL C. HUCK

DEFT: Richard Hupper   RPTR: Patricia Sanders   CLERK: Evelyn Williams

DEFT. COUNSEL: Neal R. Lewis (appt/retnd) AUSA Allyson Fritz

INTERPRETER: N/A

( ) Deft. failed to appear - bench warrant issued.  Bond forfeited.

( ) Sentencing continued until _____ at _____

(X ) JUDGMENT AND SENTENCE

AS TO COUNT  1  IMPRISONMENT FOR 46 MONTHS

AS TO COUNT ___ IMPRISONMENT FOR _____ MONTHS

AS TO COUNT ___ IMPRISONMENT FOR _____ MONTHS

to concurrent from the entry of judgment prior discharge · O6 CR 73001

( ) Dismissed Counts _____

USPO: Shannon Smith

( ) Recommendation to BOP" Butner NC to under go surgery first then to designated facility - Placed in facility as close to NYC as appropriate & available

( ✓ ) S t a n d a r d   C o n d i t i o n s
Imposed: no crime, firearm, dangerous weapon or device or controlled substance

( ✓ ) Fine: $ 15,000

( ✓ ) S p e c i a l   C o n d i t i o n s
imposed: Association
Financial disc.
Employment
250 comm. serv hr per Sec of S/R

( ) Restitution: _____

( ✓ ) ASSESSMENT $ 100 _____ due immediately

( ) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY

( ✓ ) SUPERVISED RELEASE TERM: 2 years turn concurrent w/ 3 year 9 mon case O6 CR 73001

( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM
PROVIDED BY LAW, UNDER 18:4205(C) FOR STUDY AND REPORT AS DESCRIBED BY
18:4205(C)

( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE: _____

( ) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE

( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER

( ) BOND ON APPEAL SET AT _____

10:32 - 10:55